AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
Massachusetts

MICHELE CATALANO,
    Plaintiff

V.

BRIDGE OVER TROUBLED WATERS, INC.,
    Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-11729 JLT**

TO: (Name and address of Defendant)

    Bridge Over Troubled Waters, Inc.
    47 West Street
    Boston, MA 02111
    c/o Walter R. Jennings, Clerk of the Corporation
       189 Parmenter Road
       West Newton, MA 02465

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Harold L. Lichten
    Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
    18 Tremont St., Ste. 500
    Boston, MA 02108
    (617) 367-7200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            AUG 2 2 2005

CLERK            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

September 2, 2005

I hereby certify and return that on 9/2/2005 at 11:35AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to WALTER JENNINGS, CLERK, agent, person in charge at the time of service for BRIDGE OVER TROUBLES WATERS, INC., at , 189 PARMENTER ROAD, WEST NEWTON, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*

Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.