UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE CATALANO,<br>       Plaintiff,<br><br>v.<br><br>BRIDGE OVER TROUBLED WATERS,<br>INC.,<br>       Defendant. | Civil Action No. 05-11729 JLT |

### ASSENTED TO MOTION TO EXTEND TIME
### FOR RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Bridge Over Troubled Waters, Inc. ("Bridge"), hereby moves, with the assent of Plaintiff, Michele Catalano ("Plaintiff"), for an additional thirty (30) days to serve its response to Plaintiff's Complaint, up to and including Monday, October 24, 2005. As grounds for its motion, Bridge states that the additional time is required in order to prepare an appropriate response to Plaintiff's Complaint, which includes six counts, including claims under 42 U.S.C. §2000(e), M.G.L. ch. 151B, §4, 42 U.S.C. §1981, and 42 U.S.C. §2000(d).

WHEREFORE, Bridge respectfully requests that it be granted an extension of time, up to and including October 24, 2005, to serve its response to Plaintiff's Complaint.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for Bridge has conferred with counsel for Plaintiff regarding Bridge's request for an extension. Plaintiff's counsel indicated that Plaintiff assents to the granting of the motion.

                                  Respectfully submitted,

                                  BRIDGE OVER TROUBLED WATERS, INC.,

                                  /s/ Joan Ackerstein  
                                  Joan Ackerstein (BBO# 348220)  
                                  Heather Stepler (BBO# 654269)  
                                  JACKSON LEWIS LLP  
                                  75 Park Plaza, 4th Floor  
                                  Boston, Massachusetts 02116  
Dated: September 21, 2005        (617) 367-0025; Fax: (617) 367-2155

ASSENTED TO AND AGREED TO BY:    /s/ Harold L. Lichten (JA)  
                                  Harold L. Lichten, (BBO# 549689)  
                                  Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.  
                                  18 Tremont Street, Suite 500  
                                  Boston, MA 02108  
                                  (617) 367-7200