UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE CATALANO,<br>      Plaintiff,<br><br>v.<br><br>BRIDGE OVER TROUBLED<br>WATERS, INC.,<br>      Defendant. | Civil Action No. 05-11729 JLT |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Bridge Over Troubled Waters, Inc. ("Bridge"), is a not-for-profit corporation organized under the laws of the Commonwealth of Massachusetts. Bridge does not have a parent company nor does it issue stock.

                                        Respectfully submitted,

                                        BRIDGE OVER TROUBLED WATERS, INC.
                                        By its attorneys,

                                        /s/ Joan Ackerstein
                                        Joan Ackerstein, BBO #348220
                                        Heather L. Stepler, BBO #654269
                                        JACKSON LEWIS LLP
                                        75 Park Plaza
                                        Boston, MA  02116
                                        (617) 367-0025

Dated:  September 21, 2005