UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE CATALANO,<br>      Plaintiff,<br><br>v.<br><br>BRIDGE OVER TROUBLED WATERS, INC.,<br>      Defendant. | Civil Action No. 05-11729 JLT |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant, Bridge Over Troubled Waters, Inc., in this matter. Joan Ackerstein remains as counsel for Defendant.

      Respectfully submitted,

      BRIDGE OVER TROUBLED WATERS, INC.,


      /s/ Heather L. Stepler
      Joan Ackerstein (BBO# 348220)
      Heather L. Stepler (BBO# 654269)
      JACKSON LEWIS LLP
      75 Park Plaza, 4th Floor
      Boston, Massachusetts 02116
      (617) 367-0025; Fax: (617) 367-2155

Dated: October 18, 2005