UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
MICHELE CATALANO,                   )
                                    )
            Plaintiff,              )
                                    )   Civil Action No.
      v.                            )   05-11729 JLT
                                    )
BRIDGE OVER TROUBLED                )
WATER, INC.,                        )
                                    )
            Defendant.              )
_____ )

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

Plaintiff and her attorneys hereby affirm that we have conferred in accordance with Local Rule 16.1(D)(3) and discussed the potential costs of conducting this litigation and alternative means of dispute resolution.

| | |
|---|---|
| _s/Michele Catalano_____ | _s/Hillary Schwab_____ |
| Michele Catalano | Harold L. Lichten, BBO #549689 |
| | Hillary Schwab, admitted *pro hac vice* |
| | Pyle, Rome, Lichten, Ehrenberg & |
| |    Liss-Riordan P.C. |
| | 18 Tremont Street, 5th Floor |
| | Boston, MA 02108 |
| | (617) 367-7200 |
| | |
| Date: February 28, 2006 | Date: March 3, 2006 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2006, I caused a copy of this document to be served by electronic filing on Joan Ackerstein, Esq., Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

      _s/Hillary Schwab_____
      **Hillary Schwab, Esq.**