UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
MICHELE CATALANO,                   )
                                    )
            Plaintiff,              )
                                    )    Civil Action No.
      v.                            )    05-11729 JLT
                                    )
BRIDGE OVER TROUBLED                )
WATER, INC.,                        )
                                    )
            Defendant.              )
_____ )

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Counsel for the parties to the above-captioned matter conferred on February 27, 2006, and now file this joint statement pursuant to Local Rule 16.1(d) and the Court's Notice of Scheduling Conference dated February 21, 2006.

**I.      Proposed Pretrial Schedule:**

The parties agree that all discovery shall be limited in accordance with Fed. R. Civ. P. 26(b) and Local Rule 26.1(c).  The parties further agree on the following proposed joint discovery plan:

        1.   Plaintiff's identification of expert witnesses, and service of expert reports, by August 1, 2006.

        2.   Defendant's identification of expert witnesses, and service of expert reports, by September 15, 2006.

        3.   Non-expert discovery completed by August 31, 2006.

        4.   Depositions of expert witnesses, if any, by October 2, 2006

The parties do not believe that phased discovery is necessary in this case.

    B.    <u>Motions</u>

The parties propose that any dispositive motions shall be filed no later than November 1, 2006 and oppositions to dispositive motions shall be filed by December 1, 2006. The parties propose that a moving party may file a reply to the opposition of the responding party and that replies to oppositions to dispositive motions shall be filed by December 15, 2006.

    C.    <u>Final pretrial conference and trial date to be scheduled by the Court.</u>

**II.** **<u>Trial By Magistrate Judge</u>**

Plaintiff does <u>not</u> consent to trial by a Magistrate Judge.

**III.** **<u>Certifications</u>**

The parties will file their respective certifications pursuant to Local Rule 16.1(d)(3) under separate cover.

**IV.** **<u>Settlement Proposal</u>**

Pursuant to Local Rule 16.1(c), Plaintiff submitted a written settlement proposal to Defendant on March 10, 2006.

3

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANT |
| MICHELE CATALANO | BRIDGE OVER TROUBLED WATER, INC. |

__s/Hillary Schwab_____        __s/Heather L. Stepler_____
Harold L. Lichten, BBO #549689        Joan Ackerstein, BBO #348220
Hillary Schwab, admitted *pro hac vice*    Heather L. Stepler, BBO #654269
Pyle, Rome, Lichten, Ehrenberg &        Jackson Lewis LLP
    Liss-Riordan P.C.                    75 Park Plaza
18 Tremont Street, 5th Floor            Boston, MA 02116
Boston, MA 02108                    617-367-0025
(617) 367-7200

Date: April 3, 2006                Date: April 3, 2006

### CERTIFICATE OF SERVICE

    I hereby certify that on April 3, 2006, I caused a copy of this document to be served by electronic filing on Joan Ackerstein, Esq. and Heather L. Stepler, Esq., Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

            _s/Hillary Schwab_____
            Hillary Schwab, Esq.