# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MICHELE CATALANO,
      Plaintiff,

v.

BRIDGE OVER TROUBLED
WATERS, INC.,
      Defendant.

Civil Action No. 05-11729 JLT

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant, Bridge Over Troubled Waters, Inc., and the undersigned counsel for

Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District

Court for the District of Massachusetts, hereby certify that they have conferred:

- with a view to establishing a budget for the cost of this litigation; and
- to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

**FOR Bridge Over Troubled Waters, Inc.**     **COUNSEL FOR DEFENDANT**

Shiela Y. Moore_____

Shiela Y. Moore
Executive Director
Bridge Over Troubled Waters, Inc.

/s/ Heather L. Stepler_____
Joan Ackerstein, BBO #348220
Heather Stepler, BBO #654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA  02116
(617) 367-0025; (617) 367-2155 – fax

Dated:  April 3, 2006

## CERTIFICATE OF SERVICE

This is to certify that on April 3, 2006, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.


/s/ Heather L. Stepler
Jackson Lewis LLP