UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHELE CATALANO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11729-JLT |
| | * | |
| BRIDGE OVER TROUBLED WATERS, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

April 11, 2006

TAURO, J.

After a Conference held on April 11, 2006, this court hereby orders that:

1. Plaintiff has until May 11, 2006 to provide Defendant with any documents related to Plaintiff's subsequent employment as discussed in open court;

2. Plaintiff may depose the following: (1) Karen Allen; (2) Sheila Moore; (3) Deborah Nolan; and (4) Marilyn Rogers;

3. Defendant may depose the following: (1) Plaintiff Michele Catalano; (2) Jesse Auth; (3) Maureen Bruce; (4) Lorraine Foster; (5) Peter Hubbard; (6) Karen Perella; and (7) Chris Woodman;

4. The Parties must complete the abovementioned depositions by July 21, 2006;

5. No further discovery is permitted without leave of the court;

6. All interrogatories are expunged; and

7. A Further Conference is scheduled for July 26, 2006, at 2:15 p.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro   
United States District Judge
