UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE CATALANO
Plaintiff(s)

v.

BRIDGE OVER TROUBLED WATERS
Defendant(s)

CIVIL ACTION

NO. 05-11729

ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to __PANEL / MAG-JUDGE__ for the following ADR program:

____ EARLY NEUTRAL EVALUATION      ✓ MEDIATION
____ MINI-TRIAL                     ____ SUMMARY JURY TRIAL
____ SETTLEMENT CONFERENCE          ____ SPECIAL MASTER
____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

4/25/06
DATE

By The Court,

_____
UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | | |
| Other | | _____ | |

(adrrefl.ord - 4/29/94)                                                      [orefadr.]