UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE CATALANO,
    Plaintiff,

    V                    CA 05-11729-JLT

BRIDGE OVER TROUBLED WATERS, INC.
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

  The court having been advised on August 15, 2005 by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                              Zita Lovett,
                                                 /s/
                                                 _____
                                                 Deputy Clerk

August 24, 2006