UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELE CATALANO,
    Plaintiff,

v.

BRIDGE OVER TROUBLED WATERS, INC.,
    Defendant.

Civil Action No. 05-11729 JLT

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Michele Catalano, and Defendant, Bridge Over Troubled Waters, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

| MICHELE CATALANO, | BRIDGE OVER TROUBLED WATERS, INC., |
|---|---|
| /s/ Harold L. Lichten \MDC | /s/ Heather Stepler |
| Harold L. Lichten, (BBO# 549689) | Joan Ackerstein (BBO# 348220) |
| Hillary Schwab, admitted *pro hac vice* | Heather Stepler (BBO# 654269) |
| Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. | JACKSON LEWIS LLP |
| 18 Tremont Street, Suite 500 | 75 Park Plaza, 4th Floor |
| Boston, MA 02108 | Boston, MA 02116 |
| (617) 367-7200 | (617) 367-0025; Fax: (617) 367-2155 |
| Dated: September 25, 2006 | Dated: October 20, 2006 |

11